NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

FLORIDA GAS TRANSMISSION
COMPANY, LLC, a Delaware limited
liability company,

        Appellant/Cross-Appellee,

v.                                                             Case No.  2D19-1709

TERRY PETRASH,

        Appellee/Cross-Appellant.

Opinion filed September 16, 2020.

Appeal from the Circuit Court for
Hillsborough County; Martha J. Cook,
Judge.

Ethan J. Loeb, Jon P. Tasso, and
Latasha L.C. Scott of Smolker, Bartlett,
Loeb, Hinds & Thompson, P.A., Tampa, for
Appellant/Cross-Appellee.

Raymond T. Elligett, Jr. and Shirley T.
Faircloth of Buell & Elligett, P.A., Tampa;
and David W. Holloway of David W.
Holloway, P.A., Seminole, for
Appellee/Cross-Appellant.

PER CURIAM.


        Affirmed.


VILLANTI, SLEET, and ROTHSTEIN-YOUAKIM, JJ., Concur.